# Third District Court of Appeal

## State of Florida

Opinion filed May 3, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0193
Lower Tribunal No. F00-40145
_____

**Joshua Hamilton,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

Joshua Hamilton, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Hamilton v. State</u>, 935 So. 2d 46 (Fla. 3d DCA 2006); <u>Hamilton v. State</u>, 139 So. 3d 310 (Fla. 3d DCA 2014).